UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>      Plaintiff,<br><br> -against-<br><br>HRB TAX GROUP, INC., et al.,<br><br>      Defendants. | 24-CV-2551 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's Order, the parties were required to file a proposed Civil Case Management Plan and Scheduling Order and joint letter, the contents of which are described therein, no later than June 20, 2024. *See* Dkt. 10. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 24, 2024**.

  SO ORDERED.

Dated: June 21, 2024
   New York, New York

                        _____
                          ARUN SUBRAMANIAN
                         United States District Judge