# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

June 21, 2024

> Application GRANTED. The initial pretrial conference is hereby rescheduled to July 30, 2024, at 12:30 PM. The Clerk of Court is directed to terminate the motion at ECF No. 14.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: June 24, 2024

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007-1312

   Re: **Girotto v. HRB Tax Group, Inc., et al.**
      **Case 1:24-cv-02551-AS**

Dear Judge Subramanian :

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for June 28, 2024, at 1:30 p.m., in Your Honor's Courtroom. Plaintiff and his counsel recently amended Plaintiff's Complaint and served the new Landlord/Defendant [D.E. 12]. The Landlord/Defendant is yet to appear and/or answer in this matter, as they were served a very short while ago. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

                Sincerely,

                By: /S/ B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
                  THE WEITZ LAW FIRM, P.A.
                  Attorney for Plaintiff
                  Bank of America Building
                  18305 Biscayne Blvd., Suite 214
                  Aventura, Florida 33160
                  Telephone: (305) 949-7777
                  Facsimile: (305) 704-3877
                  Email: bbw@weitzfirm.com